**Charles B. STEWART, Jr.,
Plaintiff—Appellant,**

v.

**William J. SMITH, Warden of Patuxent
Institution; R. Daniels, Correctional
Officer, II, Defendants—Appellees.**

No. 03–6796.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 30, 2004.

Decided Feb. 12, 2004.

Charles B. Stewart, Jr., Appellant pro se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Charles B. Stewart, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). He also appeals the district court's order denying his motion to alter or amend judgment under Fed.R.Civ.P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Stewart v. Smith*, No. CA–03–666–L (D. Md. April 3, 2003 & May 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*